BRAUER v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Frederick P. Brauer, as administrator, against the city of New York and Bart Dunn. No opinion. Motion for resettlement granted.

BRECKWOLDT et al., Respondents, v. NEWBY & EVANS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by Julius Breckwoldt and another against the Newby & Evans Company. No opinion. Judgment and order affirmed, with costs. See 71 N. Y. Supp. 205.

In re BROWN. (Supreme Court, Appellate Division, Second Department. November 28, 1902.) In the matter of the application of Owen N. Brown for admission to practice as an attorney and counselor at law. No opinion. Application granted.

BROWN et al., Appellants, v. FISH, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Dora S. Holbrook Brown and others against Ann Eliza Fish, impleaded with others, defendants. No opinion. Motion denied.

BROWN, Appellant, v. GUICHARD, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Alfred L. Brown, as trustee, against Antoine Guichard. J. N. Blair, for appellant. J. L. Wilkie, for respondent. No opinion. Judgment affirmed, with costs. See 74 N. Y. Supp. 735.

BRUNIN et al. v. DE WOELMONT. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Emile Brunin and another against Theodore De Woelmont. No opinion. Motion granted, with $10 costs.

CASSORT, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) Action by Charles Cassort against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

CASTAGNETTE, Respondent, v. NICCHIA, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Marie Castagnette against Charles Nicchia. No opinion. Motion denied.

CENTRAL TRUST CO., Appellant, v. WEST INDIA IMP. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by the Central Trust Company against the West India Improvement Company. A. H. Joline, for appellant. W. P. Butler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CENTRAL TRUST CO. OF NEW YORK, Respondent. v. NEW YORK & WESTCHESTER WATER CO., et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by the Central Trust Company of New York against the New York & Westchester Water Company and others. No opinion. Application to amend order nunc pro tunc granted, so as to allow the Corporation Trust Company to appeal to the court of appeals. Application denied so far as it asks for the certification of additional question.

In re CHAMBERLAIN OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) In the matter of the foreclosure by the chamberlain of the city of New York of mortgage made by Amelia Crowley to Hubert G. Taylor, as treasurer of the county of Kings, upon the property No. 38 St. Johns place, borough of Brooklyn, city of New York. No opinion. Application granted, and order signed.

CHASE et al., Respondents, v. CLANCY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by John E. Chase and another against Henry Clancy. No opinion. Order affirmed, with $10 costs and disbursements.

CIPPERLY, Appellant, v. EDDY et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Charlotte A. Cipperly against Charles G. Eddy and William B. Eddy. No opinion. Judgment unanimously affirmed, with costs.

CITY OF NEW YORK, Respondent, v. BROADWAY & SEVENTH AVE. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by the city of New York against the Broadway & Seventh Avenue Railroad Company and others. From an interlocutory judgment overruling demurrers to the complaints, defendants appeal. Reversed in part. Charles F. Brown, for appellants. Chase Mellen, for respondent.

INGRAHAM, J. The same question is presented in this case as is presented in the case of City of New York v. Sixth Ave. R. Co. (decided herewith) 79 N. Y. Supp. 319; and, for the reasons there stated, we think that the judgment appealed from, so far as it overrules the joint demurrer of the defendants, and the separate demurrers of the Broadway & Seventh Avenue Railroad Company and the Houston, West Street & Pavonia Ferry Railroad Company should be reversed, and the demurrers sustained, with costs in this court and in the court below, and that the judgment, so far as it overrules the separate demurrer of the Metropolitan Street Railway Company should be affirmed, with costs, with leave to the Metropolitan Street Railway Company to answer on payment of costs in this court and in the court below. All concur.